IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CELESTE KIRBY,<br><br>             Plaintiff,<br>v.<br><br>SOUTHERN UTAH UNIVERSITY,<br><br>             Defendant. | **ORDER**<br><br>Case No. 2:15-CV-00022-DB-DBP<br><br>District Judge Dee Benson<br><br>Magistrate Judge Dustin B. Pead |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Dustin B. Pead on January 14, 2016, recommending the Defendant's Motion to Dismiss to be granted with prejudice. (Dkt. No. 14.) The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. *See* Fed. R. Civ. P. 72(b)(2). Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation. Accordingly, the Court hereby GRANTS Defendant's Motion to Dismiss (Dkt. No. 10) with prejudice.

IT IS SO ORDERED.

DATED this 4th day of February 2016.

_____
Dee Benson
United States District Judge